# United States District Court
## For The Western District of North Carolina
## Asheville Division

Mark Raymond Coffelt,

    Plaintiff(s),          JUDGMENT IN A CIVIL CASE

vs.          2:09cv21-3

Sheriff Keith Lovin, et al.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 04/02/2009 Order.

Signed: April 2, 2009

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court